MARY C. HARTMAN, appellant,

v.

FRANK H. POWELL, respondent.

[Submitted March 27th, 1905.   Decided November 20th, 1905.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Grey, whose opinion is reported *ante p. 293*.

*Mr. Harry S. Scovel,* for the appellant.

*Mr. Howard. Carrow,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set forth in the opinion filed in the court of chancery by Vice-Chancellor Grey.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.